1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

UNITED STATES OF AMERICA,

8                    Plaintiff,

9        v.

10  OSCAR B. MIRANDA,

11                   Defendant.

CASE NO. 3:15-MJ-05084-DWC

ORDER GRANTING EXTENSION OF
TIME FOR COMPETENCY
EVALUATION

12        This matter comes before the Court on Warden C. Ingram's request for an extension of

13  time to complete an evaluation of Defendant, Oscar Miranda's mental competency, pursuant to

14  18 U.S.C. § 4241(b) and 18 U.S.C. § 4241(b) and (c). Defendant objects to the extension of time.

15        The Court held a hearing on July 27, 2015, at 12:45 PM, at which Counsel for Defendant,

16  Counsel for the United States, and Counsel for the Bureau of Prisons were present

17  telephonically. Warden C. Ingram was also present telephonically. At the hearing, Warden

18  Ingram presented good cause that additional time is necessary to observe and evaluate the

19  Defendant. Accordingly, the request for an extension through July 30, 2015 pursuant to 18

20  U.S.C. § 4247(b) is hereby GRANTED.

21        Dated this 27th day of July, 2015.

22

23

David W. Christel
United States Magistrate Judge

24

ORDER GRANTING EXTENSION OF TIME FOR
COMPETENCY EVALUATION - 1